UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOHN T. BROWN,

                      Plaintiff,

      -against-                                    09 Civ. 6834 (LAK)

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------x

                        **ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/13/10

LEWIS A. KAPLAN, *District Judge.*

        The motion of defendants Transcare and E.M. Moore to dismiss the second amended complaint is granted, substantially for the reasons set forth in the Report and Recommendation of Magistrate Judge James C. Francis IV to which no objection has been filed.

        SO ORDERED.

Dated:      September 13, 2010

                                                  Lewis A. Kaplan
                                         United States District Judge